

John W. Shaw
I.M. Pei Building
1105 North Market St., 12th Floor
Wilmington, DE 19801
(302) 298-0701
jshaw@shawkeller.com

May 2, 2018

**BY CM/ECF & HAND DELIVERY**
The Honorable Christopher J. Burke
United States District Court for the District of Delaware
844 N. King Street
Wilmington, DE 19801

      Re:    *Align Technology, Inc. v. 3SHAPE A/S et al.,* C.A. No. 17-1647-LPS-CJB

Dear Judge Burke,

    I represent plaintiff and write with reference to the Court's order setting an in-person scheduling conference for argument for 4:00 p.m., May 14, 2018 in this matter.

    Unfortunately, my co-counsel is scheduled to be in a jury trial in another district on May 14. We therefore wanted to inquire if the Court would be willing to hold the conference on a different date. Defendants do not oppose this request.

    In addition, I have consulted with defendants concerning whether it would be feasible for the parties to conduct a joint scheduling conference in this matter and in C.A. No. 17-1646-LPS-CJB, within the time normally allotted by the Court for a scheduling conference. The parties agree that it should be feasible to do so.

                                                Respectfully submitted,

                                                */s/ John W. Shaw*

                                                John W. Shaw (No. 3362)

cc:    Clerk of the Court (by hand delivery)
        All counsel of record (by e-mail)