

John W. Shaw
I.M. Pei Building
1105 North Market St., 12th Floor
Wilmington, DE 19801
(302) 298-0701
jshaw@shawkeller.com

May 18, 2018

**BY CM/ECF & HAND DELIVERY**

The Honorable Christopher J. Burke
United States District Court for the District of Delaware
844 N. King Street
Wilmington, DE 19801

 Re:  *Align Technology, Inc. v. 3SHAPE A/S and 3SHAPE Inc.*,
  C.A. No. 17-1647-LPS-CJB

Dear Judge Burke,

 Please find enclosed a proposed scheduling order, incorporating the dates provided by the Court at the May 11, 2018 scheduling conference.  We note that the proposed order includes a trial length of 8-10 days as proposed by the parties.

 Respectfully submitted,

 */s/ John W. Shaw*

 John W. Shaw (No. 3362)

cc:  Clerk of the Court (by hand delivery)
  All counsel of record (by e-mail)