IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ALIGN TECHNOLOGY, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 17-1647-LPS |
| | ) | |
| 3SHAPE A/S, 3SHAPE TRIOS A/S, | ) | |
| and 3SHAPE INC., | ) | |
| | ) | |
| Defendants. | ) | |

**STIPULATION TO MODIFY BRIEFING AND EXPERT SCHEDULE**

WHEREAS, on February 11, 2020 at 5 pm EST, the parties and the Court had a telephone conference where the Court provided alternative trial dates to the parties and vacated the March 3, 2020 summary judgment and *Daubert* hearing in the instant action;

WHEREAS, on the February 11, 2020 call, the Court notified the parties it would be amenable to pushing back the deadlines in the instant action;

The parties hereby STIPULATE AND AGREE, subject to the approval of the Court, to the following deadlines:

| Event | Current Deadline | New Deadline |
|---|---|---|
| Align's oppositions to 3Shape's motions for summary judgment | 2/14/2020 | 2/21/2020 |
| *Daubert* motions – opening briefs | 2/14/2020 | 3/13/2020 |
| Reply expert reports | 2/17/2020 | 2/28/2020 |
| 3Shape's replies in support of its motions for summary judgment | 2/21/2020 | 3/6/2020 |
| Close of expert discovery | 2/24/2020 | 3/23/2020 |
| *Daubert* motions – answering briefs | 2/21/2020 | 3/27/2020 |
| *Daubert* motions – reply briefs | N/A | 4/3/2020 |

| | |
|---|---|
| */s/ Jeff Castellano* | */s/ Geoffrey G. Grivner* |
| John W. Shaw (No. 3362) | Geoffrey G. Grivner (No. 4711) |
| Karen E. Keller (No. 4489) | BUCHANAN INGERSOLL & ROONEY PC |
| Jeff Castellano (No. 4837) | 919 North Market Street, Suite 990 |
| SHAW KELLER LLP | Wilmington, DE 19801 |
| I.M. Pei Building | (302) 552-4200 |
| 1105 North Market Street, 12th Floor | geoffrey.grivner@bipc.com |
| Wilmington, DE 19801 | *Attorney for Defendants* |
| (302) 298-0700 | |
| jcastellano@shawkeller.com | |
| *Attorneys for Plaintiff* | |

Dated: February 13, 2020

IT IS SO ORDERED THIS ___ day of _____ 2020.

                                                          United States District Judge