IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ALIGN TECHNOLOGY, INC. | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 17-1647-LPS |
| | ) | |
| 3SHAPE A/S, 3SHAPE TRIOS A/S, | ) | |
| AND 3SHAPE INC., | ) | |
| | ) | |
| Defendants. | ) | |

**STIPULATION AND [PROPOSED] ORDER EXTENDING TIME**

Plaintiff Align Technology, Inc. ("Plaintiff") and Defendant 3Shape A/S ("Defendant"), by and through their undersigned counsel, subject to the approval of the Court, hereby stipulate and agree that certain deadlines in this action shall be extended as follows:

| Event | Current Date | Proposed Date |
|---|---|---|
| Expert Discovery Cutoff | March 23, 2020 | June 1, 2020 |

/s/ Jeff Castellano
John W. Shaw (No. 3362)
Jeff Castellano (No. 4837)
SHAW KELLER LLP
I.M. Pei Building
1105 North Market Street, 12th Floor
Wilmington, DE 19801
Telephone: (302) 298-0700
Email: jshaw@shawkeller.com
jcastellano@shawkeller.com
*Attorneys for Plaintiff*

/s/ Geoffrey G. Grivner
Geoffrey G. Grivner (No. 4711)
BUCHANAN INGERSOLL & ROONEY PC
919 North Market Street, Suite 990
Wilmington, DE 19801
Telephone: (302) 552-4207
Email: geoffrey.grivner@bipc.com
*Attorney for Defendants*

Dated: March 12, 2020

So ordered this _____ day of _____, 2020.

_____
United States District Judge