IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ALIGN TECHNOLOGY, INC., | ) |
| | ) |
|                 Plaintiff, | ) |
| | ) |
|          v. | )  C.A. No. 17-1647-LPS |
| | ) |
| 3SHAPE A/S, 3SHAPE TRIOS A/S and 3SHAPE INC., | ) |
| | ) |
|                 Defendants. | ) |

## STIPULATION AND [PROPOSED] ORDER EXTENDING TIME

Plaintiff Align Technology, Inc. ("Plaintiff") and Defendants 3Shape A/S, 3Shape TRIOS A/S, and 3Shape Inc. ("Defendants"), by and through their undersigned counsel, subject to the approval of the Court, hereby stipulate and agree that certain deadlines in this action shall be extended as follows:

| Event | Current Date | Proposed Date |
|---|---|---|
| Expert Discovery Cutoff | June 1, 2020 | July 1, 2020 |

| | |
|---|---|
| */s/ Jeff Castellano* | */s/ James H.S. Levine* |
| John W. Shaw (No. 3362) | James H.S. Levine (No. 5355) |
| Jeff Castellano (No. 4837) | PEPPER HAMILTON LLP |
| SHAW KELLER LLP | 1313 N. Market Street |
| I.M. Pei Building | Suite 5100 |
| 1105 North Market Street, 12th Floor | Wilmington, DE 19899-1709 |
| Wilmington, DE 19801 | Telephone: (302) 777-6536 |
| (302) 298-0700 | Email: levinejh@pepperlaw.com |
| jshaw@shawkeller.com | *Attorney for Defendants* |
| jcastellano@shawkeller.com | |
| *Attorneys for Plaintiff* | |

Dated: May 7, 2020

SO ORDERED this \_\_\_\_ day of _____, 2020.

                                                                                               _____

                                                                                                 United States District Judge